NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAPIERFABRIK AUGUST KOEHLER SE
AND KOEHLER AMERICA, INC.,**
*Plaintiffs-Appellants,*

*and*

**MITSUBISHI INTERNATIONAL CORPORATION,
MITSUBISHI HITEC PAPER FLENSBURG GMBH
AND MITSUBISHI HITEC PAPER BIELEFELD
GMBH,**

*Plaintiffs,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

*and*

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee.*

*and*

**APPLETON PAPERS, INC.,**
*Defendant-Appellee.*

---

2012-1161

---

Appeal from the United States Court of International
Trade in No. 08-CV-0430, Judge Donald C. Pogue.

---

## JUDGMENT

---

RICHARD P. FERRIN, Drinker Biddle & Reath LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief was WILLIAM SILVERMAN.

MARC A. BERNSTEIN, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee, International Trade Commission. With him on the brief were JAMES M. LYONS, General Counsel, and NEAL J. REYNOLDS, Assistant General Counsel for Litigation.

JOSEPH W. DORN, King & Spalding LLP, of Washington, DC, argued for defendant-appellee Appleton Papers Inc. With him on the brief were GILBERT B. KAPLAN and BRIAN E. MCGILL. Of counsel was ASHLEY C. PARRISH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN, and MAYER, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

January 2, 2013       /s/ Jan Horbaly
Date              Jan Horbaly
                     Clerk